NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES,
*Petitioner.*

---

Miscellaneous Docket No. 111

---

## ON PETITION

On petition for writ of mandamus to the United States District Court for the Eastern District of Pennsylvania in case no. 10-CV-6908, Judge Timothy J. Savage.

---

## ORDER

The University of South Florida Board of Trustees submits a petition for a writ of mandamus to direct the United States District Court for the Eastern District of Pennsylvania to vacate its order denying the motion of Bryan Cave, LLP to withdraw as counsel and to direct the district court to grant that motion.

Upon consideration thereof,

IT IS ORDERED THAT:

The Alzheimer's Institute of America, Inc. is directed to respond to the petition no later than December 7, 2011.

Any other respondent, including inter alia Bryan Cave, LLP, may also respond by that date.

FOR THE COURT

DEC 0 3 2011

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:  K. Lee Marshall, Esq.
     Peter C. Buckley, Esq.
     Keith R. Dutill, Esq.
     Charles S. Marion, Esq.
     Joseph Lucci, Esq.
     Steven B. Kelber, Esq.
     United States District Court, E.D. Pa., Clerk

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 1 2011

JAN HORBALY
CLERK